Form 27 - GENERAL PURPOSE

**MAYERSON & ASSOCIATES**
**ATTN:**

U.S. SOUTHERN DIST. COURT   NEW YORK COUNTY

---

D.R. AND J.R. ON BEHALF OF A.R.          plaintiff

- against -

NEW YORK CITY DEPARTMENT OF              defendant
EDUCATION

Index No. **08 CIV 01556**

Date Filed ............

Office No.

Court Date:   /   /

---

STATE OF NEW YORK, COUNTY OF NEW YORK          :SS:

**JOEL GOLUB**     being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action, and reside in the State of New York.
That on the **19th day of February, 2008**  at **01:23 PM.,**  at
%CITY OF NEW YORK LAW DEPARTMENT
100 CHURCH ST, 4TH FL. NEW YORK, NY 10007
I served a true copy of the
   **SUMMONS AND COMPLAINT**
   **JUDGES RULES**

upon **NEW YORK CITY DEPARTMENT OF EDUCATION**
the **DEFENDANT** therein named,
by delivering to, and leaving personally with
   **SORAYA BONIT, CLERK AUTHORIZED TO ACCEPT.**

a true copy of each thereof.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the aforesaid service as follows:
   SEX: **FEMALE**       COLOR: **BLACK**       HAIR: **BLACK**
   APP. AGE: **55**      APP. HT: **5:9**       APP. WT: **150**

OTHER IDENTIFYING FEATURES: **GLASSES**

Sworn to before me this
19th  day of  February, 2008g

KENNETH WISSNER
Notary Public, State of New York
   No. 01WI4714130
Qualified in NEW YORK COUNTY
Commission Expires 03/30/2010

JOEL GOLUB   701893
AETNA CENTRAL JUDICIAL SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 7MA7112590