UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

D.R. and J.R., on behalf of A.R.

**NOTICE OF APPEARANCE**

Plaintiff(s),

08cv01556 (MGC)(HP)

-against-

New York City Department of Education,

Defendant.

------------------------------------------------------------------- x

**PLEASE** enter the appearance of the undersigned, as lead attorney and attorney to be noticed, on behalf of the defendant in the above titled action.

Dated:    New York, New York
         March 3, 2008

        MICHAEL A. CARDOZO
        Corporation Counsel of the
        City of New York
        Attorney for Defendants
        100 Church Street, Room 2-182
        New York, N.Y. 10007
        (212) 788-8119
        e-mail: jsilverb@law.nyc.gov

        By: _____
        Janice Casey Silverberg (JS 4629)
        Assistant Corporation Counsel

cc:  Gary S. Meyerson, Esq.
    **via ecf**