

**MICHAEL A. CARDOZO**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**JANICE CASEY SILVERBERG**
phone: (212) 788-8119
fax: (212) 788-0940
email: jsilverb@law.nyc.gov

March 4, 2008

Hon. Miriam Goldman Cedarbaum
United States District Court
Southern District of New York
500 Pearl Street, Rm. 1330
New York, N.Y. 10007
*By messenger*

       Re:  <u>D.R. and J.R., on behalf of A.R. v. NYC Dep't. of Education</u>
            08cv01556(MGV)(HP)

Dear Judge Cedarbaum:

      I am the Assistant Corporation Counsel representing the defendant in this action, in which plaintiffs' counsel seeks attorneys' fees for representing plaintiffs in special education administrative due process hearings.

      I write to respectfully request a one month extension for defendant's response, from March 9, 2008 to April 9, 2008. This request is made with the consent of plaintiffs' counsel, who will provide time and disbursement records for defendant's review.

      Thank you for your consideration.

                        Respectfully yours,

                        _____/s/_____
                        Janice Casey Silverberg (JS4629)
                        Assistant Corporation Counsel

cc:    Gary S. Mayerson, Esq.
       Mayerson & Associates
       Attorneys for Plaintiff
       330 W. 38th St., Suite 600
       New York, NY 10018
       *By messenger*