UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

D.R. and J.R., on behalf of A.R.,

                              Plaintiffs,

          -against-

New York City Department of Education,

                              Defendant.

------------------------------------------------------------- x

**STIPULATION OF ADJOURNMENT**

08cv01556(MGC)(HP)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/14/08

        WHEREAS, on February 14, 2008, plaintiff served defendant with the Complaint in this action, in which plaintiffs' counsel seeks attorneys' fees for representing plaintiffs in special education administrative due process hearings; and

        WHEREAS, Plaintiff has agreed to Defendant's request for a one month adjournment of the date by which the response is due, from March 9, 2008 to April 9, 2008; and

        WHEREAS, Plaintiff will provide defendant with time and disbursement records for review;

        IT IS HEREBY STIPULATED AND AGREED by and between the undersigned that: (1) plaintiffs will promptly provide defendant with time and disbursement records, and (2) defendant shall serve its response to plaintiffs complaint by April 9, 2008.

        A faxed signature on this stipulation shall be deemed an original.

Dated: New York, New York
       March 5, 2008

| | |
|---|---|
| Mayerson & Associates<br>Attorneys for Plaintiffs<br>330 West 38th Street, Suite 600<br>New York, New York 10018<br>Tel: (212) 265-7200<br>Fax: (212) 265-1735<br><br>By: _____<br>Gary Mayerson, Esq. | MICHAEL A. CARDOZO<br>Corporation Counsel of the<br>  City of New York<br>Attorney for Respondents<br>100 Church Street, Room 2-182<br>New York, New York 10007<br>Tel: (212) 788-8119<br>Fax: (212) 788-0940<br><br>By: _____<br>Janice Casey Silverberg (JS 4629) |

So ordered, March 12, 2008

_____
United States District Judge